IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN R. GRABOFF, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : NO. 10-1710 |
| v. | : |
| | : |
| THE COLLERN FIRM, et al., | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 5th day of November 2010, upon consideration of Defendants The Colleran Firm and Francis T. Colleran's (collectively "Colleran Defendants") Motion to Dismiss the Complaint Under Rule 12(b)(6) for Failure to State a Claim (Doc. No. 11), Defendants American Academy of Orthopaedic Surgeons and American Association of Orthopaedic Surgeons' (collectively "AAOS Defendants") Motion to Dismiss the Complaint Under Rule 12(b)(6) for Failure to State a Claim (Doc. No. 14), Plaintiff's Response in Opposition to Colleran Defendants' Motion to Dismiss (Doc. No. 12), and in Opposition to AAOS Defendants' Motion to Dismiss (Doc. No. 17), AAOS Defendants' Reply in Further Support of its Motion to Dismiss (Doc. No. 19), and the Supplemental Brief filed by each party (Doc. Nos. 21, 22, 23, 24), and after a hearing on the Motions on September 17, 2010, it is **ORDERED** as follows:

1. Colleran Defendants' Motion to Dismiss (Docket No. 11) is **DENIED**.

2. AAOS Defendants' Motion to Dismiss (Docket No. 14) is **DENIED**.

3. All Defendants are directed to file an Answer to the Complaint within twenty (20) days from the date of this Order.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.