IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN R. GRABOFF, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 10-1710 |
| v. | : | |
| | : | |
| THE COLLERAN FIRM, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 31st day of July 2012, upon receipt of notice that the above-captioned action has been settled as to Defendants the Colleran Firm and Francis T. Colleran, Esquire **only**, it is **ORDERED** that:

1. The action is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**, pursuant to Local Rule 41.1(b).

2. The Judgment Order as to the Colleran Firm and Francis T. Colleran, Esquire (Doc. No. 134) is **VACATED**.

3. All pending motions are **DENIED AS MOOT**.

4. The Clerk of Court shall docket the attached letter dated July 30, 2012.

5. The Clerk of Court shall close the above-captioned matter as to Defendants the Colleran Firm and Francis T. Colleran, Esquire **only**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.